UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARTHUR PETROV,<br><br>                      Defendant. | **Affirmation in Support of Application for Order of Continuance**<br><br>23 Mag. 6023 |

State of New York                        )
County of New York                 : ss.:
Southern District of New York   )

      Kevin Sullivan, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

      1.     I am an Assistant United States Attorney in the Office of Damian Williams, United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A).

      2.     The defendant was charged in a complaint dated August 11, 2023, with violations of 50 U.S.C. § 4819 and 18 U.S.C. §§ 371, 554, 1349, 1956 and 2. The defendant was arrested on August 8, 2024, and was presented in this District before the Honorable Jennifer E. Willis, United States Magistrate Judge, on August 9, 2024, at which proceeding the defendant was represented by Michael Arthus, Esq., and ordered detained.

      3.     At the presentment on August 9, 2024, a preliminary hearing was scheduled for September 9, 2024, after defense counsel consented to extend the deadline within which to conduct

a preliminary hearing. Under the Speedy Trial Act, the Government has until September 9, 2024 within which to file an indictment or information. *See* 18 U.S.C. § 3161(b).

5. Defense counsel and I have had discussions regarding a possible disposition of this case. The parties plan to continue our discussions, but do not anticipate a resolution before September 9, 2024.

6. Therefore, the Government requests a 30-day continuance until October 9, 2024, to continue the foregoing discussions toward resolving this matter. On September 1 and 2, 2024, I personally corresponded with defense counsel, who stated that the defendant consents to an extension of the preliminary hearing and Speedy Trial Act deadlines to October 9, 2024, and has specifically consented to this request.

7. For the reasons stated above, good cause supports the extension of the preliminary hearing deadline, and the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: New York, New York
September 6, 2024

       /s/ Kevin Sullivan
Kevin Sullivan
Assistant United States Attorney
212-637-1587